**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Miguel A. Santiago  Jr.           CHAPTER 13
            Debtor(s)

                              BKY. NO. 20-14844 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as trustee for the holders of the EQCC Home Equity Loan Asset Backed Certificates, Series 1998-3 and index same on the master mailing list.

                              Respectfully submitted,



                              Rebecca Solarz
                              04 Jan 2021, 04:21:01, EST

                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322