000842
LRV  109828 090524    0000400062

# Earnings Statement 

MILK INDUSTRY MANAGEMENT CORPORATION
4 MANHATTAN DR
BURLINGTON
NJ   08016-4120

Period Beginning:    09/20/2020
Period Ending:       09/26/2020
Pay Date:            10/02/2020

Taxable Marital Status:  Single
Exemptions/Allowances:
    Federal:   0
    NJ:        0, Table A
    PA:        N/A

MIGUEL SANTIAGO
916 N LAWERNCE STREET
PHILADELPHIA PA 19123

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 39.13 | 1,310.00 | 46,940.00 |
| Overtime | | 12.02 | | 2,358.00 |
| Cross Dock | | | 48.00 | 1,146.00 |
| Other Earn | | | 10.00 | 710.00 |
| Break Down | | | | 250.00 |
| Commission | | | | 1,833.74 |
| Holiday | | | | 1,310.00 |
| Meals | | | | 460.00 |
| Personal | | | | 2,620.00 |
| Vacation | | | | 1,310.00 |
| **Gross Pay** | | | **$1,368.00** | 58,937.74 |

Net Check    $0.00

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,336.88

**Important Notes**
YOUR COMPANY PHONE NUMBER 610 637 3817

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -197.08 | 8,636.52 |
| | Social Security Tax | -82.88 | 3,576.96 |
| | Medicare Tax | -19.39 | 836.55 |
| | PA State Income Tax | -41.04 | 1,771.16 |
| | Philadelphia Income Tax | -52.96 | 2,281.60 |
| | NJ SUI/SDI Tax | -2.19 | 244.32 |
| | **Other** | | |
| | Aflac Post | -8.40 | 336.00 |
| | Aflac Pre | -12.12* | 484.80 |
| | Medical Pr | -19.00* | 760.00 |
| | Union Dues | | 660.00 |
| | **Net Pay** | **$932.94** | |
| | Checking | -932.94 | |

© 1998, 2006. ADP, LLC All Rights Reserved.
© 2001 ADP, LLC

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

MILK INDUSTRY MANAGEMENT CORPORATION
4 MANHATTAN DR
BURLINGTON
NJ  08016-4120

Advice number:    00000400062
Pay date:         10/02/2020

Deposited to the account of
MIGUEL SANTIAGO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx0241 | xxxx xxxx | $932.94 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK  ■  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

# Earnings Statement 

**MILK INDUSTRY MANAGEMENT CORPORATION**
4 MANHATTAN DR
BURLINGTON
NJ  08016-4120

Period Beginning: 11/15/2020
Period Ending:   11/21/2020
Pay Date:        11/27/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  NJ:      0, Table A
  PA:      N/A

MIGUEL SANTIAGO
916 N LAWERNCE STREET
PHILADELPHIA PA 19123

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular |  | 8.00 | 266.00 | 56,154.00 |
| Overtime |  | 2.43 |  | 2,358.00 |
| Cross Dock |  |  | 16.00 | 1,451.00 |
| Personal |  | 8.00 |  | 3,148.00 |
| Personal |  |  | 266.00 |  |
| Break Down |  |  |  | 380.00 |
| Commission |  |  |  | 1,833.74 |
| Holiday |  |  |  | 1,310.00 |
| Meals |  |  |  | 500.00 |
| Other Earn |  |  |  | 710.00 |
| Vacation |  |  |  | 1,310.00 |
| **Gross Pay** |  |  | **$548.00** | **69,154.74** |

Net Check    $0.00

* Excluded from federal taxable wages
  Your federal taxable wages this period are $516.88

**Important Notes**
YOUR COMPANY PHONE NUMBER 610 637 3817

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** |  |  |
| Federal Income Tax | -49.46 | 10,086.00 |
| Social Security Tax | -32.05 | 4,194.98 |
| Medicare Tax | -7.49 | 981.08 |
| PA State Income Tax | -15.87 | 2,077.19 |
| Philadelphia Income Tax | -21.21 | 2,677.12 |
| NJ SUI Tax | -0.88 | 260.67 |
| **Other** |  |  |
| Aflac Post | -8.40 | 403.20 |
| Aflac Pre | -12.12* | 581.76 |
| Medical Pr | -19.00* | 912.00 |
| Union Dues |  | 792.00 |
| **Net Pay** | **$381.52** |  |
| Checking | -381.52 |  |

© 1998, 2006, ADP, LLC All Rights Reserved.

© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

MILK INDUSTRY MANAGEMENT CORPORATION
4 MANHATTAN DR
BURLINGTON
NJ  08016-4120

Advice number:  00000480060
Pay date:       11/27/2020

Deposited to the account of
MIGUEL SANTIAGO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx0241 | xxxx xxxx | $381.52 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.  ■  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

000884
CO  FILE  DEPT  CLOCK  VCHR.NO.

## Earnings Statement 

MILK INDUSTRY MANAGEMENT CORPORATION
4 MANHATTAN DR
BURLINGTON
NJ  08016-4120

Period Beginning:  11/08/2020
Period Ending:     11/14/2020
Pay Date:          11/20/2020

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  0
  NJ:       0,Table A
  PA:       N/A

MIGUEL SANTIAGO
916 N LAWERNCE STREET
PHILADELPHIA PA  19123

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular |  | 39.28 | 1,330.00 | 55,888.00 |
| Overtime |  | 10.53 |  | 2,358.00 |
| Cross Dock |  |  | 49.00 | 1,435.00 |
| Break Down |  |  |  | 380.00 |
| Commission |  |  |  | 1,833.74 |
| Holiday |  |  |  | 1,310.00 |
| Meals |  |  |  | 500.00 |
| Other Earn |  |  |  | 710.00 |
| Personal |  |  |  | 2,882.00 |
| Vacation |  |  |  | 1,310.00 |
| **Gross Pay** |  |  | **$1,379.00** | 68,606.74 |

Net Check    $0.00

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,347.88

**Important Notes**
YOUR COMPANY PHONE NUMBER 610 637 3817

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -199.50 | 10,036.54 | |
| Social Security Tax | -83.56 | 4,162.93 | |
| Medicare Tax | -19.54 | 973.59 | |
| PA State Income Tax | -41.38 | 2,061.32 | |
| Philadelphia Income Tax | -53.38 | 2,655.91 | |
| NJ SUI Tax | -2.21 | 259.79 | |
| **Other** | | | |
| Aflac Post | -8.40 | 394.80 | |
| Aflac Pre | -12.12* | 569.64 | |
| Medical Pr | -19.00* | 893.00 | |
| Union Dues | -66.00 | 792.00 | |
| **Net Pay** | **$873.91** | | |
| Checking | -873.91 | | |

© 1998, 2006. ADP, LLC All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

MILK INDUSTRY MANAGEMENT CORPORATION
4 MANHATTAN DR
BURLINGTON
NJ  08016-4120

Advice number:  00000470061
Pay date:       11/20/2020

Deposited to the account of
MIGUEL SANTIAGO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx0241 | xxxx xxxx | $873.91 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.