# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                     Chapter 13

                                     Bankruptcy No. 20-14844-ELF

       MIGUEL  A. SANTIAGO, JR.

       916 NORTH LAWRENCE STREET

       PHILADELPHIA, PA 19123

           Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

      MIGUEL  A. SANTIAGO, JR.

      916 NORTH LAWRENCE STREET

      PHILADELPHIA, PA 19123

Counsel for debtor(s), by electronic notice only.

      MICHAEL D. SAYLES ESQ
      427 W. CHELTENHAM AV
      SUITE 2
      ELKINS PARK, PA 19027-3291

                                    /S/ William C. Miller

Date: 3/17/2021                   _____

                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee