UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Miguel Santiago**      :      Bankruptcy No.: **20-14844**
:
:
DEBTOR         :      CHAPTER 13

# PRAECIPE OF DEBTOR TO WITHDRAW AMENDED CHAPTER 13 PLAN

**To the Clerk, United States Bankruptcy Court:**

Kindly withdraw DEBTOR'S AMENDED CHAPTER 13 PLAN At Docket Number 31 & filed on July 31, 2021, for the record.

Respectfully Submitted,

By: \s\ **Michael D. Sayles, Esquire**
Michael D. Sayles
Attorney for Debtor

Dated: **August 3, 2021**