United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-14844-elf

Miguel A. Santiago, Jr.     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Sep 15, 2021     Form ID: 155     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Miguel A. Santiago, Jr., 916 North Lawrence Street, Philadelphia, PA 19123-1416 |
| 14571661 | | Best Buy Credit Services, POB 70601, Philadelphia, PA 19176-0601 |
| 14571667 | + | Dental Solutions, 722 Market Street, First floor, Philadelphia, PA 19106-2312 |
| 14571671 | | Melvin Santiago, 916 North Lawrence Street, Philadelphia, PA 19123-1416 |
| 14571673 | | Norma Perez, 916 North Lawrence Street, Philadelphia, PA 19123-1416 |
| 14571676 | + | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14588966 | + | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14571677 | | Select Portfolio Servicing Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14587562 | | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14587800 | + | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City UT 84165-0450 |
| 14574258 | + | U.S. Bank National Association, as trustee for the, c/o Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14571669 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 15 2021 23:31:00 | Honda Financial Services, P.O. Box 166469, Irving, TX 75016-6469 |
| 14572404 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 15 2021 23:31:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14571662 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 15 2021 23:39:18 | Capital One, PO Box 85015, Richmond, VA 23285-5018 |
| 14571665 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2021 23:39:22 | CBNA, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 14580254 | + | Email/Text: BKRMailOps@weltman.com | Sep 15 2021 23:31:00 | CLSIG Holdings LLC, Castlelake, L.P., c/o Weltman, Weinberg and Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14571664 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 15 2021 23:39:18 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14571663 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 15 2021 23:39:21 | Capital One, PO Box 85064, Glen Allen, VA 23058 |
| 14582204 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 15 2021 23:39:16 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14571666 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 15 2021 23:39:18 | Credit One Bank Payment Services, PO Box 60500, City Of Industry, CA 91716-0500 |
| 14571668 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 15 2021 23:31:00 | Genesis FS Card Services, PO Box 4480, Beaverton, OR 97076-4480 |
| 14585375 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2021 23:39:15 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 20-14844-elf    Doc 46    Filed 09/17/21    Entered 09/18/21 00:32:54    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2021 | Form ID: 155 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 14571670 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2021 23:39:21 | Lowes, P.O. Box 105980, Dept. 79, Atlanta, GA 30348-5980 |
| 14579029 | | Email/PDF: pa_dc_claims@navient.com | Sep 15 2021 23:39:18 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14571672 | | Email/PDF: pa_dc_claims@navient.com | Sep 15 2021 23:39:15 | Navient, Department of Education Loan Servicing, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14587169 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2021 23:39:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14587037 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2021 23:39:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14571675 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2021 23:39:21 | PayPal, POB 960006, Orlando, FL 32896-0006 |
| 14571678 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2021 23:39:18 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14584998 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2021 23:39:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14571674 | *+ | Norma Perez, 916 North Lawrence Street, Philadelphia, PA 19123-1416 |
| 14588541 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14594150 | * | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City UT 84165-0450 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL D. SAYLES | on behalf of Debtor Miguel A. Santiago Jr. midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association as trustee for the holders of the EQCC Home Equity Loan Asset Backed Certificates, Series 1998-3 bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2021 | Form ID: 155 | Total Noticed: 30 |

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Miguel A. Santiago, Jr.
    Debtor(s)

Chapter: 13

Bankruptcy No: 20−14844−elf

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this September 14,2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Eric L. Frank
    Judge ,
    United States Bankruptcy Court

44 − 12
Form 155