# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-14844-ELF

MIGUEL  A. SANTIAGO, JR.

916 NORTH LAWRENCE STREET

PHILADELPHIA, PA 19123

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MIGUEL  A. SANTIAGO, JR.

    916 NORTH LAWRENCE STREET

    PHILADELPHIA, PA 19123

Counsel for debtor(s), by electronic notice only.

    MICHAEL D. SAYLES ESQ
    427 W. CHELTENHAM AV
    SUITE 2
    ELKINS PARK, PA 19027-3291

Date: 12/13/2021

                                            /S/ Kenneth E. West
                                            _____
                                            Kenneth E. West, Esquire
                                            Chapter 13 Standing Trustee