IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Miguel Santiago** | : | CHAPTER: 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **20-14844\elf** |

## CERTIFICATE OF NO RESPONSE

    I, Michael D. Sayles, counsel for the Debtor in the above-captioned case, hereby certify that the Chapter 13 Standing Trustee nor any other party of interest has filed a responsive pleading to Debtor's Motion to Modify Plan Post Confirmation.

                                                                                   Respectfully Submitted,

Dated: **March 21, 2022**　　　　　　　　　　　　**\s\ Michael D. Sayles**
　　　　　　　　　　　　　　　　　　　　　　　Michael D. Sayles
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　　427 W. Cheltenham Avenue, Suite #2
　　　　　　　　　　　　　　　　　　　　　　　Elkins Park, PA  19027
　　　　　　　　　　　　　　　　　　　　　　　215.635.2270
　　　　　　　　　　　　　　　　　　　　　　　midusa1@comcast.net