# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-14844-ELF

MIGUEL A. SANTIAGO, JR.

916 NORTH LAWRENCE STREET

PHILADELPHIA, PA 19123

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MIGUEL A. SANTIAGO, JR.

    916 NORTH LAWRENCE STREET

    PHILADELPHIA, PA 19123

Counsel for debtor(s), by electronic notice only.

    MICHAEL D. SAYLES ESQ  
    427 W. CHELTENHAM AV  
    SUITE 2  
    ELKINS PARK, PA 19027-3291

Date: 5/24/2022

/S/ Kenneth E. West  
_____  
Kenneth E. West, Esquire  
Chapter 13 Standing Trustee