**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                        Chapter 13

                        Bankruptcy No. 20-14844-amc

MIGUEL  A. SANTIAGO, JR.

916 NORTH LAWRENCE STREET

PHILADELPHIA, PA 19123

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MIGUEL  A. SANTIAGO, JR.

    916 NORTH LAWRENCE STREET

    PHILADELPHIA, PA 19123

Counsel for debtor(s), by electronic notice only.

    MICHAEL D. SAYLES ESQ
    427 West Cheltenham Avenue
    Suite #2.
    ELKINS PARK,, PA 19027-3291

                                                /S/ Kenneth E. West

Date: 4/5/2023                                    _____

                                                    Kenneth E. West, Esquire
                                                    Chapter 13 Standing Trustee