IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: **Miguel A. Santiago, Jr.**          :          CHAPTER  13
                                            :
                                            :
          DEBTOR                            :          Bankruptcy No.: **20-14844\amc**


## CERTIFICATE OF NO RESPONSE


I, Michael D. Sayles, counsel for the Debtor in the above-captioned case, hereby certify that

the Chapter 13 Standing Trustee nor any other party of interest has filed a responsive pleading to

Debtor's Motion to Modify Plan Post Confirmation.



                                    Respectfully Submitted,


Dated: **September 11, 2023**          **\s\ Michael D. Sayles**
                                    Michael D. Sayles
                                    **Attorney for Debtor**
                                    427 W. Cheltenham Avenue, Suite #2
                                    Elkins Park, PA  19027
                                    215.635.2270
                                    midusa1@comcast.net