UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Miguel Santiago | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO.: **20-14844\PMM** |

# ORDER OF COURT

**AND NOW,** this _____ day of _____ 2023, **after notice and hearing**, upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

**It is hereby Ordered that the Motion is granted.**

By the court:

_____
U.S. Bankruptcy Court Judge

**Date: September 12, 2023**