UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Miguel A. Santiago, Jr.**    :    CHAPTER: 13
:
:
DEBTOR    :    BANKRUPTCY NO.: **20-14844**

PRAECIPE OF DEBTOR TO WITHDRAW
MOTION TO MODIFY PLAN

To the Clerk, United States Bankruptcy Court:

Kindly withdraw **DEBTOR'S MOTION TO MODIFY PLAN POST CONFIRMATION**, for the record.

Respectfully Submitted,

By: \s\ **Michael D. Sayles, Esquire**
Michael D. Sayles
Attorney for Debtor

Dated: July 23, 2024