Case 20-14844-amc   Doc 115   Filed 08/18/24   Entered 08/19/24 00:33:06   Desc
Imaged Certificate of Notice   Page 1 of 4

United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Miguel A. Santiago, Jr.  
    Debtor

Case No. 20-14844-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Aug 16, 2024     Form ID: pdf900     Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Miguel A. Santiago, Jr., 916 North Lawrence Street, Philadelphia, PA 19123-1416 |
| 14571667 | + | Dental Solutions, 722 Market Street, First floor, Philadelphia, PA 19106-2312 |
| 14571671 | | Melvin Santiago, 916 North Lawrence Street, Philadelphia, PA 19123-1416 |
| 14571673 | | Norma Perez, 916 North Lawrence Street, Philadelphia, PA 19123-1416 |
| 14574258 | + | U.S. Bank National Association, as trustee for the, c/o Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 16 2024 23:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 16 2024 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2024 23:34:19 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14571669 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 16 2024 23:29:00 | Honda Financial Services, P.O. Box 166469, Irving, TX 75016-6469 |
| 14572404 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 16 2024 23:29:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14571661 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2024 23:44:34 | Best Buy Credit Services, POB 70601, Philadelphia, PA 19176-0601 |
| 14571662 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2024 23:33:34 | Capital One, PO Box 85015, Richmond, VA 23285-5018 |
| 14571665 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2024 23:44:36 | CBNA, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 14580254 | + | Email/Text: BKRMailOps@weltman.com | Aug 16 2024 23:29:00 | CLSIG Holdings LLC, Castlelake, L.P., c/o Weltman, Weinberg and Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14571664 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2024 23:34:23 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14571663 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2024 23:44:37 | Capital One, PO Box 85064, Glen Allen, VA 23058 |
| 14582204 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 16 2024 23:44:36 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 16, 2024 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14571666 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 16 2024 23:34:23 | Credit One Bank Payment Services, PO Box 60500, City Of Industry, CA 91716-0500 |
| 14571668 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 16 2024 23:29:00 | Genesis FS Card Services, PO Box 4480, Beaverton, OR 97076-4480 |
| 14585375 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 16 2024 23:44:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14571670 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 16 2024 23:44:49 | Lowes, P.O. Box 105980, Dept. 79, Atlanta, GA 30348-5980 |
| 14579029 | | Email/PDF: pa_dc_claims@navient.com | Aug 16 2024 23:34:17 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14571672 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 16 2024 23:44:36 | Navient, Department of Education Loan Servicing, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14587169 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2024 23:44:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14587037 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2024 23:44:33 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14571675 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 16 2024 23:44:43 | PayPal, POB 960006, Orlando, FL 32896-0006 |
| 14571676 | + | Email/Text: bankruptcy1@pffcu.org | Aug 16 2024 23:28:00 | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14588966 | + | Email/Text: bankruptcy1@pffcu.org | Aug 16 2024 23:28:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14571677 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 16 2024 23:29:00 | Select Portfolio Servicing Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14571678 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 16 2024 23:34:17 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14584998 | ^ | MEBN | Aug 16 2024 23:26:44 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14587562 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 16 2024 23:29:00 | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14587800 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 16 2024 23:29:00 | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City UT 84165-0450 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14571674 | *+ | Norma Perez, 916 North Lawrence Street, Philadelphia, PA 19123-1416 |
| 14588541 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14695165 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14594150 | * | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City UT 84165-0450 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 16, 2024 | Form ID: pdf900 | Total Noticed: 33 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association  as trustee for the holders of the EQCC Home Equity Loan Asset Backed Certificates, Series 1998-3 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL D. SAYLES | on behalf of Debtor Miguel A. Santiago  Jr. midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Miguel Santiago, Jr.**              )     Chapter 13
                                              )
                                              )
                                              )
              Debtor                          )     Bankruptcy. No. **20-14844\amc**

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, consideration of the Motion to Dismiss Case filed by Standing Chapter 13 Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This above-captioned chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the United States Bankruptcy Court, if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), any undistributed Chapter 13 plan dividend payments in the possession of the aforesaid Trustee shall not revest in the entity in which such property had vested immediately prior to the commencement of this case. **All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).**

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties **within five (5) days** of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been accomplished **within fifteen (15) days** of the entry of this Order.

Date: Aug. 16, 2024

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE