IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **Miguel Santiago** | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor | ) | |
| | ) Bankruptcy No.: **20-14844\amc** | |

CERTIFICATE OF NO RESPONSE TO SUPPLEMENTAL
APPLICATION FOR COUNSEL FEES and\or ORDER DISMISSING CHAPTER
13 CASE AND SETTING DEADLINE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed on the Certificate of Service to the APPLICATION FOR COUNSEL FEES and\or the ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES.

Date: **October 1, 2024**          Respectfully Submitted,

\s\ **Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Ave #2
Elkins Park, PA  19027
215.635.2270
midusa1@comcast.net