UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Miguel Santiago, Jr.**                                )  Chapter 13
                                                                )
                                                                )
                                                                )
              Debtor                                            )  Bankruptcy. No. **20-14844\amc**

**ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the foregoing Supplemental Application for Compensation for services performed after confirmation of chapter 13 plan, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts

        Total fee award:………………………………..$2,200.00

        Reimbursement of expenses:………..….………..…$0.00

        Amounts already paid by Debtor:…….…………… $-0-

        Total amount of award:……………………………. $2,200.00

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

Dated:  October 9, 2024                                         _____
                                                                                                 Bankruptcy Judge